# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-1190
Lower Tribunal No. 2021-CA-009723-O

_____

KATHERINE ASHLEY FINFROCK,

Appellant,

v.

SECURITY FIRST INSURANCE COMPANY d/b/a SECURITY FIRST FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Reginald K. Whitehead, Judge.

December 11, 2023

PER CURIAM.

Katherine Finfrock appeals the trial court's final order granting Appellee, Security First Insurance Company's, motion to dismiss Ms. Finfrock's complaint.[1] Based on our recent decision in *Hughes v. Universal Property & Casualty Insurance Co.*, No. 6D23-296, 2023 WL 8108671 (Fla. 6th DCA Nov. 22, 2023), which is indistinguishable in all material respects from the instant case, we

---

[1] This case was transferred from the Fifth District Court of Appeal to this Court on January 1, 2023.

reverse the dismissal and remand this case for further proceedings. For the same reasons set forth in *Hughes*, we certify this decision to be in direct conflict with *Cole v. Universal Property & Casualty Insurance Co.*, 363 So. 3d 1089 (Fla. 4th DCA 2023).

REVERSED and REMANDED.

WOZNIAK, SMITH and BROWNLEE, JJ., concur.

Gray R. Proctor, Madison, New Jersey, for Appellant.

Angela C. Flowers, of Kubicki Draper, Ocala, and Joseph W. Jacquot, of Gunster, Yoakley & Stewart, P.A., Jacksonville, for Appellee.

Hope C. Zelinger, Seth J. Feintuch, and Lilian Rodriguez-Baz, of Bressler, Amery & Ross, P.C., Fort Lauderdale, Amicus Curiae for Frontline Insurance i/s/o Appellee.

Dinah S. Stein, Mark Hicks, and Aneta McCleary, of Hicks, Porter, Ebenfed & Stein, P.A., Miami, Amicus Curiae for University Property & Casualty Insurance Company i/s/o Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED